| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant |
| 6 | AMERICAN SHIP MANAGEMENT, LLC |

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | LAWRENCE BROWN, | Case No.: C 04-3788-JSW |
| 12 | Plaintiff, | **STIPULATION AND** |
| | | **[PROPOSED] ORDER** |
| 13 | v. | **CONTINUING TRIAL DATE AND** |
| | | **RELATED DISCOVERY** |
| 14 | AMERICAN SHIP MANAGEMENT, | **DEADLINES** |
| | LLC., | |
| 15 | | |
| | Defendants. | |
| 16 | | |

17        IT IS HEREBY STIPULATED by and between the parties to this action, through

18 their respective counsel, that *good cause* exists to continue the trial date currently set for

19 February 6, 2006, the Pre-trial Conference date set for January 16, 2006, the non-expert

20 discovery cutoff date of November 1, 2005, the expert disclosure deadline of December 15,

21 2005 and the last day for expert discovery deadline of December 30, 2005 for approximately

22 two to three months *in the interest of justice* based upon the following:

23        (1)     The plaintiff is a merchant seaman who currently resides in

24              the Seattle, Washington area. By the nature of the plaintiff's

25              work at sea, he is often unavailable while at sea for months on

26              end.

27        (2)     The plaintiff's alleged incident occurred while he was at sea

28              and employed by the defendant. As a result, many of the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

ASM.Brown

-1-                                        Case No. C 04-3788-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DISCOVERY DEADLINES

1    potential witnesses in this action are also merchant seaman

2    who are oftentimes unavailable and at sea for months on end.

3    (3)  The depositions of the plaintiff's treating physicians were

4    completed on March 31, 2005. The plaintiff's deposition was

5    completed on July 18, 2005.

6    (4)  Counsel for the defendant has recently learned that Mr.

7    Charles Greenfield, the *key* liability witness in this case and

8    Mr. Brown's supervisor at the time of the incident, has

9    recently shipped out of his union hall for a job assignment.

10   He apparently will not return from sea for approximately 90

11   days. Therefor the earliest that Charles Greenfield will be

12   able to be deposed will be around the end of January 2006.

13   (5)  The defendant has not had the opportunity to interview or

14   depose Mr. Greenfield because he currently has his own

15   lawsuit pending against the defendant, American Ship

16   Management, in which he is represented by counsel. Counsel

17   for Mr. Greenfield has agreed to produce Mr. Greenfield for

18   his deposition in this case immediately following the

19   conclusion of the deposition in his own case. Defense counsel

20   [who is also counsel of record for the defendant in the Charles

21   Greenfield case] expects that the depositions will take place

22   sometime in late January 2006 once Mr. Greenfield has

23   returned from sea. Just very recently Judge Alsup continued

24   the trial and discovery cut-off dates in Mr. Greenfield's case

25   as a result of his unavailability while at sea.

26   (6)  *Most importantly*, the defendant will not learn until Mr.

27   Greenfield's deposition his version of both as to how this

28   accident allegedly occurred, who witnessed what before,

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL. 415-438-4600
FAX: 415-438-4601

ASM.Brown

-2-    Case No. C 04-3788-JSW

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DISCOVERY DEADLINES

1          during and after the alleged incident. Learning this

2          information is essential for both parties to properly evaluate

3          liability in this case.

4     (7)  The parties therefore agree that the non-expert discovery

5          cutoff should be continued to approximately three months to

6          the end of February 2006, with the newly set expert report,

7          expert discovery dates, pretrial date and the trial dates to

8          follow.

9     (8)  There have been no previous trial continuances.

10    *Counsel for the parties request that the non-expert discovery cutoff date of*

11    *November 1, 2005 and all related dates, including the Pre-trial Conference date and the*

12    *February 6, 2006, trial date be continued for two to three months* to allow the parties to

13    depose the *key* liability witness Charles Greenfield so that they may schedule a *meaningful*

14    mediation to take place shortly after that deposition.

15
16    Dated: November 17, 2005                    WELTIN LAW OFFICE, P.C.
                                                   Attorneys for Plaintiff LAWRENCE BROWN
17
18                                    By: _____ for Philip Welkin per wutter author
                                             Philip R. Weltin
19

20    Dated: November 17, 2005                    COX, WOOTTON, GRIFFIN,
21                                                 HANSEN & POULOS, LLP
                                                   Attorneys for Defendant,
22                                                 AMERICAN SHIP MANAGEMENT, LLC

23
24                                    By _____
                                             Terence S. Cox
25

26    ///

27    ///

28    ///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
150 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-434-4488
FAX: 415-434-4481

ASM.Brown

-3-                                        Case No. C 04-3788-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DISCOVERY DEADLINES

1    PURSUANT TO STIPULATION IT IS ORDERED that:

2    The trial date is continued to _April 17, 2006 at 8:30_ a.m.

3    The Pre Trial Conference is continued to _March 27, 2006 at 2:00_ p.m.

4    The close of non-expert discovery is _January 10, 2006_ .

5    The close of expert discovery is _March 10, 2006_ .

6    The simultaneous exchange of experts and reports is _February 23, 2006_ .

7

8

9    Dated: _November 21_,2005      By: _____

10                      The Honorable Jeffrey S. White

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600 FAX: 415-438-4601

ASM.Brown

-4-       Case No. C 04-3788-JSW

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DISCOVERY DEADLINES